IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED

APR 26 2011

WILLIAM B. GUTHRIE
Clerk, U.S District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| Sean Bradley Edison | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | CIV-11-147-RAW |
| | ) | |
| Emma Watts, Warden, | ) | |
|     Respondent. | ) | |

### OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Comanche** County, Oklahoma, which is located within the territorial jurisdiction of the **WESTERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **WESTERN** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 26th day of April 2011.

_Ronald A. White_
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**